

FILED

08/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0307

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0307

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                    O R D E R

ROBERT MICHAEL ZERMENO,

Defendant and Appellant.

---

Counsel for Appellant Robert Michael Zermeno filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Zermeno time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude no arguments with potential legal merit can be raised on direct appeal.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Zermeno personally.

DATED this ____ day of August, 2024.

_____
Chief Justice

_____

FILED

AUG - 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices